# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Christie R. Marshall,** | Bankruptcy No. 16-30297 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #42)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 8, 2019.

Dated: March 8, 2019

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Christie R. Marshall,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 16-30297

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marilyn Barton**    bartonlaw@mchsi.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

**Manual Notice List**

Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

Christie R. Marshall
1350 N. 33RD RD.
OTTAWA, IL  61350